## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0439.  Johnson v. Johnson.**
Miami App. No. 2010CA2, 2011-Ohio-500.

**2011–0672.  State ex rel. Knapp v. Indus. Comm.**
Franklin App. No. 09AP–1038, 2011-Ohio-1088.

**2011–0683.  State ex rel. Wasserman v. Fremont.**
Sandusky App. No. S–10–031, 2011-Ohio-1269.
The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1614.  State ex rel. Ruscilli Constr. Co., Inc. v. Indus. Comm.**
Franklin App. No. 09AP–1006, 2010-Ohio-4126.

**2011–0060.  State ex rel. Oakwood v. Indus. Comm.**
Franklin App. No. 09AP–999, 190 Ohio App.3d 689, 2010-Ohio-5861.

# CASE ANNOUNCEMENTS

*May 4, 2011*

[Cite as *05/04/2011 Case Announcements*, 2011-Ohio-2055.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–2125.  State ex rel. Whitaker v. Timmerman–Cooper.**
Madison App. No. CA2010–08–016. The appeal is dismissed as moot because appellant has been discharged from prison. *Crase v. Bradshaw,* 108 Ohio St.3d 212, 2006-Ohio-663, 842 N.E.2d 513, ¶ 5; *State ex rel. Gordon v. Murphy,* 112 Ohio St.3d 329, 2006-Ohio-6572, 859 N.E.2d 928, ¶ 6. Cause dismissed.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

**2011–0235.  State ex rel. Christoff v. Turner.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Motion for class certification denied. Request for oral argument denied. Cause dismissed.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, Lanzinger, Cupp, and McGee Brown, JJ., concur.
O'Donnell, J., not participating.